# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| LAVISHA ROBERSON, *on behalf of* J.M.I.C., *a minor*,<br><br>                      Plaintiff,<br>v.<br><br>COMISSIONER OF THE SOCIAL SECURITY ADMINISTRATION,<br><br>                      Defendant. | Case No. 17-CV-843-JPS<br><br><br>**ORDER** |

      Plaintiff filed a complaint in this matter and a motion for leave to proceed *in forma pauperis*. (Docket #1, #2). The Court may grant Plaintiff's motion to proceed *in forma pauperis* if it determines that: (1) Plaintiff is truly indigent and unable to pay the costs of commencing this action; and (2) Plaintiff's action is neither frivolous nor malicious. 28 U.S.C. §§ 1915(a), (e)(2).

      As to the first requirement, the privilege to proceed without payment of costs and fees "is reserved to the many truly impoverished litigants who. . .would remain without legal remedy if such privilege were not afforded to them." *Brewster v. N. Am. Van Lines, Inc.*, 461 F.2d 649, 651 (7th Cir. 1972). In her motion for leave to proceed *in forma pauperis*, Plaintiff made statements about her income, expenses, and assets under oath. (Docket #2). She avers that she is unemployed, with a monthly income of $556, that she lives in a rented residence at a cost of $675 per month, has other expenses of nearly $200 per month, and has no savings or other assets. *Id.* at 2–3. Additionally, Plaintiff claims that she supports four young children. *Id.* at 1. Given that her monthly expenses appear to exceed her

income, the Court is satisfied that Plaintiff is indigent and cannot afford the filing fee.

Plaintiff's action also is not frivolous or malicious. Plaintiff submitted a complaint which includes allegations that the administrative law judge ("ALJ") erred in reaching a decision. (Docket #1 at 3). If that contention is true, then the Court will be obliged to vacate the ALJ's decision. Thus, Plaintiff's action is neither frivolous nor malicious.

Accordingly,

**IT IS ORDERED** that Plaintiff's motion for leave to *proceed in forma pauperis* (Docket #2) be and the same is hereby **GRANTED**.

Dated at Milwaukee, Wisconsin, this 21st day of June, 2017.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge